IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**TAMARA FRANKLIN**                                                                    **PLAINTIFF**

**VS.**                                        **CASE NO. 2:15CV00088 PSH**

**CAROLYN W. COLVIN, Acting Commissioner,**
    **Social Security Administration**                              **DEFENDANT**

**JUDGMENT**

It is CONSIDERED, ORDERED, and ADJUDGED that this case be and it hereby is dismissed with prejudice. The relief sought is denied.

DATED this 15th day of March, 2016.

_____
UNITED STATES MAGISTRATE JUDGE